## Case No. 1,227.

### BEEDING v. PIC.

[2 Cranch, C. C. 152.][1]

Circuit Court, District of Columbia. June Term, 1818.

NEGOTIABLE INSTRUMENTS—DEMAND.

Demand of payment of a promissory note on the day after the last day of grace, is too late.

[Cited in Auld v. Mandeville, Case No. 653; and historically in Union Bank of Georgetown v. Geary, Id. 14,357.]

At law. Assumpsit against an indorser of Robert Bayley's note. H. Whetcroft, the

notary-public, demanded payment of Bayley on the day after the third day of grace.

THE COURT (nem. con.) said the payment should have been demanded of Bayley on the third day of grace, and the protest and notice to the indorsers should be on the day after, and referred to the case of Lindenberger v. Beall, [Case No. 8,359,] and 6 Wheat. [19 U. S.] 104.

A juror was withdrawn by consent, and the cause continued.

NOTE, [from original report.] See Renner v. Bank of Columbia, 9 Wheat. [22 U. S.] 582, and Mills v. Bank of U. S., 11 Wheat. [24 U. S.] 431, 436, as to the usage of banks in making demand of payment on the 4th day.

## Case No. 1,228.

### BEEDING v. THORNTON.

[3 Cranch, C. C. 698.][1]

Circuit Court, District of Columbia. Dec. Term, 1829.

NEGOTIABLE INSTRUMENTS—PLACE OF PAYMENT.

A note made "negotiable" at the Bank of Washington is not a note "payable" at that bank, and it is not necessary to demand payment there, in order to charge the indorser.

At law.

R. P. Dunlop, for plaintiff.

C. C. Lee, for defendant.

After verdict for the plaintiff, in an action by the indorsee, against the indorser of a promissory note, which in the body of it stated it to be "negotiable" at the Bank of Washington, the defendant's counsel moved in arrest of judgment, and assigned as the ground of the motion, that the note was made upon its face, payable at the Bank of Washington, and that the declaration did not aver a demand of payment at that bank, and contended that the word "negotiable" meant payable, and that when a note is payable at any particular place, a demand of payment at that place, must be averred and proved in order to charge an indorser. Bank of U. S. v. Smith, 11 Wheat. [24 U. S.] 175.

But THE COURT, (nem. con.) overruled the motion, being of opinion that "negotiable" did not mean payable.

BEEDLE, (WORMSLEY v.) See Case No. 18,049.

BEEF SLOUGH MANUF'G, Etc., CO., (HEERMAN v.) See Case No. 6,320.

BEEF SLOUGH MANUF'G, Etc., CO., (UNITED STATES v.) See Case No. 14,559.

BEERMAN, (UNITED STATES v.) See Case No. 14,560.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

[1] [Reported by Hon. William Cranch, Chief Judge.]